UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ATLANTIC CORPORATION OF WILMINGTON, INC.

CASE NUMBER
1:21−cv−24317−JAL

PLAINTIFF(S)

v.

TBG TECH CO. LLC, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**TBG Tech Co. LLC**
**Johannes Floe**

as of course, on the date January 11, 2022.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Mary−Yves Etienne*
Deputy Clerk

cc:  Judge Joan A. Lenard
     Atlantic Corporation of Wilmington, Inc.

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)